IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EVADNE S. FORD, on behalf of herself and all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 115-031 |
| QUANTUM3 GROUP, LLC and GALAXY PORTFOLIOS, LLC, | * * * * | |
| Defendants. | * | |
| JOSEPH MICHAEL McNORRILL, on behalf of himself and all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-210 |
| ASSET ACCEPTANCE, LLC, | * * * | |
| Defendant. | * | |
| BRENDA WILLIS, | * * | |
| Plaintiff, | * * | |
| v. | * * | CV 114-227 |
| CAVALRY INVESTMENTS, LLC, CAVALRY PORTFOLIO SERVICES, LLC, | * * * | |
| Defendants. | * | |

**O R D E R**

On May 4, 2015, the Court stayed the above-captioned cases pending the Eleventh Circuit's resolution of Johnson v. Midland Funding, LLC. On May, 24, 2016, the Eleventh Circuit issued its ruling in Johnson, reversed the district court, and remanded the case

for further proceedings. Johnson v. Midland Funding, LLC, _ F.3d _, 2016 WL 2996372, at *6 (11th Cir. May 24, 2016).

The Court now **DIRECTS** the Clerk to lift the stay in the above-captioned cases. Further, the Court **ORDERS** that the parties in McNorrill v. Asset Acceptance, LLP, 1:14-cv-210, and Willis v. Cavalry Investments, LLC, et al., 1:14-cv-227, shall have until June 21, 2016 to file any supplemental briefing addressing Johnson's impact on the presently pending motions in those cases.

**ORDER ENTERED** at Augusta, Georgia, this **1st** day of June 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA