IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JOSEPH MICHAEL McNORRILL,
on behalf of himself and all
others similarly situated,

    Plaintiff,

v.                            CV 114-210

ASSET ACCEPTANCE, LLC,

    Defendant.

**ORDER**

Plaintiff filed this putative class-action lawsuit in 2014 alleging that Defendant violated the Fair Debt Collection Practices Act by filing proofs of claim on stale debts in bankruptcy proceedings. While this case was pending, the Supreme Court granted certiorari in <u>Midland Funding, LLC v. Johnson</u>, 137 S. Ct. 1407 (2017), and decided that the filing of a proof of claim on a time-barred debt does not violate the FDCPA. Following the Supreme Court's decision in <u>Midland Funding</u>, the Court ordered Plaintiff to explain why this case should not be dismissed. (Doc. 58.) In response, Plaintiff asks the Court to dismiss the case without prejudice under Federal Rule of Civil Procedure 41(a)(2). (Doc. 59.) Defendant agrees that the case should be dismissed but argues that a dismissal with prejudice is appropriate. (Doc. 60.)

This Court "enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." Potenberg v. Boston Sci. Corp., 252 F.3d 1253, 1255 (11th Cir. 2001). In fact, "in most cases a dismissal should be granted unless the defendant will suffer clear legal prejudice, <u>other than the mere prospect of a subsequent lawsuit</u>, as a result." Goodwin v. Reynolds, 757 F.3d 1216, 1219 (11th Cir. 2014) (emphasis in original) (citation and internal quotation marks omitted).

Here, the only prejudice Defendant will suffer is the slight possibility of another lawsuit. The Court therefore **GRANTS** Plaintiff's motion (doc. 59), and this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 15 day of August, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA